IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

LAWRENCE WELLS,                    )
                                   )
        Plaintiff,                 )
                                   )        CIVIL ACTION NO.
        v.                         )        2:18cv135-MHT
                                   )            (WO)
GOURMET SERVICES INC.,             )
et al.,                            )
                                   )
        Defendants.                )

OPINION

Plaintiff filed this lawsuit asserting that he suffered harassment, retaliation, and termination from his job on account of his race. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss plaintiff's case be granted and that plaintiff's motions for judgment on the pleadings and for default judgment be denied. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should

be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of October, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE