IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv135-MHT |
| | ) | (WO) |
| GOURMET SERVICES INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 34) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 33) is adopted.

(3) Defendants' motion to dismiss (doc. no. 17) is granted.

(4) Plaintiff's motions for judgment on the pleadings and for default and default judgment (doc.

nos. 23 & 27) are denied.

(5) This lawsuit is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of October, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**